# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 21, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154859(58)

JOHN MADDEN,

       Plaintiff-Appellant,

v

       SC: 154859
       COA: 326716
       Oakland CC: 2014-138923-CB

JOSEPH A. AVILA, ALAN E. BARTON,
CHRISTOPHER P. BELDEN, ROBERT I. FREY,
WILLIAM J. KETELHUT, MARK D. MORELLI,
STEPHEN RABINOWITZ, and GEORGE A.
SCHREIBER, JR.,

       Defendants-Appellees.

_____/

On order of the Chief Justice, the motion for the temporary admission of out-of-state attorneys Edward G. Tillinghast, III, and Rena Andoh to appear and practice on behalf of defendants-appellees under MCR 8.126(A) is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2016

